

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00125-CV

**IN THE INTEREST OF F.S.F.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-01896
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of Mother is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED August 14, 2024.

_____
Rebeca C. Martinez, Chief Justice